KAREN L. LOEFFLER
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: karen.loeffler@usdoj.gov
      kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:07-cr-00056-JWS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| PETER KOTT, | ) | |
| Defendant. | ) | |

      COMES NOW the United States by and through counsel and hereby gives

notice that United States Attorney Karen L. Loeffler and Assistant United States

Attorney Kevin Feldis now appear as counsel for the for United States of America in the above-captioned matter.

RESPECTFULLY SUBMITTED this 17th day of June, 2009, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Kevin Feldis
        KEVIN FELDIS
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: karen.loeffler@usdoj.gov
               kevin.feldis@usdoj.gov

I hereby certify that on June 17, 2009,
a copy of the foregoing was served
electronically on:

James A. Wendt and
Sheryl Gordon McCloud

s/ Kevin Feldis
Assistant U.S. Attorney

U.S. v. Kott
3:07-cr-00056-JWS          Page 2 of 2