```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  PETER KOTT          CASE NO. 3:07-CR-00056-01-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  KEVIN FELDIS/YVONNE LAMOUREUX
                          JOANN FARRINGTON

DEFENDANT'S ATTORNEY:     PETER A. CAMIEL

U.S.P.O.:                 TIM ASTLE

PROCEEDINGS: CHANGE OF PLEA/IMPOSITION OF SENTENCE
             HELD OCTOBER 21, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant stated true name: Same as above      Age:  62

 X Defendant changed plea to guilty on count 4 of the Indictment.

 X Court accepted plea. Defendant orally waived preparation of
Supplemental Pre-sentence Report.

 X Notice of Appeal form given to defense counsel.

 X Court accepted plea agreement.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Imprisonment for a period of Credit for time served on Count 4
of the Indictment.


                       Continued To Page 2

DATE:   October 21, 2011      DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07

```
                    Continuation - Page 2
             U.S.A. vs. Peter Kott, 3:07-CR-00056-01-RRB
                  Change of Plea/Imposition of Sentence
                          October 21, 2011
-----------------------------------------------------------------
```

 X  Defendant placed on supervised release for a period of 3 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X  Fined $ 10,000.00

 X  Special Assessment $ 100.00 , due immediately.

 X  On motion of the U.S. Attorney, remaining counts 1 and 2 of the Indictment are **DISMISSED.**

 X  Payment coupon given to defendant.

 X  Final Pre-Trial Conference set November 28, 2011 at 10:30 a.m. is **VACATED.** Trial by Jury set December 5, 2011 at 8:30 a.m. is **VACATED.**

 X  OTHER: Court ordered that $200.00 of the $300.00 special assessment previously paid to be applied to the fine owed.

At 10:14 a.m. court adjourned.

DATE:   October 21, 2011       DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07